# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff, | Case No. 1:05-cr-140<br>Litkovitz, M.J. |
| vs. | |
| MONTEZ BUSH,<br>  Defendant | |

## ORDER FOLLOWING PROBABLE CAUSE HEARING

On April 6, 2022, a probable cause hearing was held in this matter on the allegations in the Petition for Warrant or Summons for Offender Under Supervision. The defendant was represented by Attorney Ransom Hudson. Testimony was taken from appropriate witnesses and arguments of counsel were presented. For the reasons more particularly stated on the record in open court at the hearing, the Court finds the evidence presented at the hearing has established there is probable cause to believe that the defendant violated the conditions of supervised release set forth in the petition. Accordingly, this case will proceed to Judge Cole for resolution of the charged supervised release violations.

**IT IS SO ORDERED**.

Date: 4/6/2022

Karen L. Litkovitz
United States Magistrate Judge